### WHARTON agt. WALLEY

Richard Wharton Attourny to Peter Sayer Attourny & assignee to Jonathan Syberry plaint. ag^t John Walley Def^t The Def^t produceing

an order of Generall Court prohibiting m$^r$ Wharton pleading any cause but his own (except that of m$^r$ Samuel Bellinghams) & improving of it for a nonsute, the Court dismis't the action.